UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Aetna Casualty and Surety Company | * | **WRIT OF GARNISHMENT** |
| Plaintiff, | * | (For garnishment of non-personal services, income, or property) |
| vs. | * | |
| Derrick E. Moten, et al. | * | **Civil No. 1:92-cv-01979** |
| Defendant, | * | |
| The Bank of America | * | |
| Garnishee, | * | |

**THE UNITED STATES OF AMERICA TO:** The Bank of America, Garnishee.

  You are hereby ordered and commanded by the Court to hold, until further order of this Court, and not pay to defendant, Larry E. Edwards (the "Defendant"), all money and other personal property of the Defendant in your possession or under your control, whether now due or hereafter to become due, which are not exempt from execution, up to the amount remaining due on the judgment or order plus court approved costs in this matter ( or in the case of a prejudgment writ, the amount claimed to be due), being $2,361,970.10.

  You are required to answer the attached questions or interrogatories and to file your answer with the Clerk of this Court, within five business days of the date this Writ is served upon you, at the following address:

    Clerk, U.S. District Court
    101 W. Lombard St.
    Baltimore, MD 21201

  You are also required to send a copy of your answers to the plaintiff's attorney at the following address:

    Name: Darren C. Fields, Esq.
    Address: 8600 LaSalle Rd. Ste. 311
    Towson, MD 21286

  If you fail to answer, the judgment creditor may ask the Court to order you to pay the amount you should have withheld.

  If you are indebted to, or if you hold property or money belonging to the Defendant, you shall mail

immediately by first class mail a copy of the Writ of Garnishment and your answer to the Interrogatories, the Notice of Garnishment and Exemptions, and two copies of the Request for Hearing to the Defendant and to anyone else who, according to your records, may have an ownership or other interest in the property or money at the last known address of the Defendant or such other persons shown on your records at the time of the service of this Writ. In lieu of mailings, you may hand-deliver a copy of these documents to the Defendant and other persons entitled to copies.

YOU MAY DELIVER to the officer serving this Writ the portion of Defendant's earnings or income to be held as shown by your answers. You then will be relieved from further liability in this case unless your answers are successfully disputed. You may, in the alternative, hold the money. If you do not receive a copy of a request for hearing within 20 days of service of your answer to the Interrogatories on the defendant or any other person claiming an interest in the property, you shall pay the money to the plaintiff or plaintiff's attorney. If you receive a copy of a request for hearing within the 20 days, you must hold the money until further order of the court.

If you do not receive an order from the Court regarding this Writ and the property you held pursuant to the Writ within sixty (60) days after filing your answers to the attached Interrogatories, this Writ shall expire and you may ignore it.

DATED this _14_ day of _Sept._ 20_06_

By: _____
Deputy Clerk